425 A.2d 18

Commonwealth v. Shaw, Appellant.

Submitted November 16, 1979. John Halley, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.